File No.: 11415-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No: 20-20328 JAD |
| | : | |
| Brian C. Carey, | : | Chapter 13 |
| | : | |
| Debtor. | : | Motion No: WO-1 |
| | : | |
| Brian C. Carey, | : | Document No: 57 |
| | : | |
| Movant, | : | Related to Document No: |
| | : | |
| vs. | : | |
| | : | |
| SCI Fayette and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

FILED
11/30/23 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Brian C. Carey, filed a motion to terminate his wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through SCI Fayette is hereby terminated.

DATED this __30th__ day of __November__, 2023.

Prepared by Daniel R. White, Esq.

_____
U.S. Bankruptcy Judge
Jeffery A. Deller                    jsf

cc:    Debtor: Brian C. Carey, 203 River Avenue, Masontown, PA 15461
       Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
       Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20328-JAD |
| Brian C. Carey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

**Recip ID        Recipient Name and Address**
db             + Brian C. Carey, 203 River Avenue, Masontown, PA 15461-1637

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

**Name                     Email Address**

Brian Nicholas
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com

Christopher A. DeNardo
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

Daniel R. White
                         on behalf of Debtor Brian C. Carey lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Mario J. Hanyon
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com
                         mario.hanyon@brockandscott.com

Michael John Clark
                         on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@squirelaw.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 30, 2023 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7