File No.: 11415-002

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | Case No. 20-20328 JAD | FILED |
| | : | | 3/6/24 11:46 am |
| Brian C. Carey, | : | Chapter 13 | CLERK |
| | : | | U.S. BANKRUPTCY |
| | | | COURT - WDPA |
| Debtor, | : | Document No. 63 | |
| | : | | |
| Brian C. Carey, | : | | |
| | : | | |
| Movant, | : | | |
| | : | | |
| vs. | : | | |
| | : | | |
| No Respondents. | : | | |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by Court, Debtor, Brian C. Carey, hereby requests to substitute Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr, 1310 Morrell Avenue, Suite C, Connellsville, PA 15425 as Counsel of Record in place of Daniel R. White, Esquire and Zebley, Mehalov & White, P.C., 18 Mill Street Square, Uniontown, PA 15401.

Contact information for new Counsel is as follows:
Firm Name: Tremba, Kinney, Greiner & Kerr
Address: 1310 Morrell Avenue, Suite C, Connellsville, PA 15425
Telephone: 724-628-7955
Email: dwhite@westpalawyers.com

I, the Debtor in this case, consent to the above substitution and hereby assign all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley Mehalov & White, P.C. as of the date of this Order, instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023. The terms of the new representation shall be identical

to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr. I have signed a new fee agreement with Tremba, Kinney, Greiner & Kerr.

/s/Brian C. Carey_____
Brian C. Carey, Debtor

The law firm of Zebley, Mehalov & White, P.C. consents to being substituted and hereby assigns all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley, Mehalov & White, P.C., as of the date of this Order, instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr and to terminate the distribution to Zebley, Mehalov & White, P.C. as of December 31, 2023. The terms of the new representation shall be identical to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr.

/s/ Charles O. Zebley, Esquire
Charles O. Zebley

/s/ Mark M. Mehalov, Esquire
Mark M. Mehalov

/s/ Daniel R. White, Esquire
Daniel R. White

Current Counsel of Record, Daniel R. White, Esquire consents to the above substitution and agrees that all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley, Mehalov & White, P.C. as of the date of this Order, instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023. The terms of the new representation shall be identical to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr.

/s/ Daniel R. White, Esquire
Daniel R. White

The Chapter 13 Trustee, Ronda J. Winnecour, consents to the above substitution, agrees that all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and  Zebley, Mehalov & White, P.C. as of the date of this Order, and are directed instead to be

remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr at 1310 Morrell Avenue, Suite C, Connellsville, PA 15425 and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023.

/s/Owen W. Katz
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh  PA  15219
(412) 471-5566 x3124
okatz@chapter13trusteewdpa.com

The substitution of attorney is hereby approved and so Ordered this __6th__ day of __March__, 2024. Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr are approved as Attorney of Record.

_____ jsf
U.S. Bankruptcy Judge
JEFFERY A. DELLER

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20328-JAD |
| Brian C. Carey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian C. Carey, 203 River Avenue, Masontown, PA 15461-1637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Daniel R. White | on behalf of Debtor Brian C. Carey r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michael John Clark | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 1

                on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@squirelaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 8