# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 20-20328 |
| Brian C. Carey | : | Chapter 13 |
| | : | Judge Jeffery A. Deller |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| Nationstar Mortgage LLC | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | July 16, 2024 at 10:00 a.m. |
| | : | |
| Brian C. Carey | : | Courtroom D, 54th Floor, U.S. Steel Tower |
| Ronda J. Winnecour | : | 600 Grant Street, Pittsburgh, PA 15219 |
| Respondents. | : | |
| | : | |

## NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE
## REGARDING MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM
## AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than July 8, 2024, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on July 16, 2024, and 10:00 a.m.. before Judge Jeffery A. Deller.  A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at the date and time stated above.

24-000048_EJS1

Counsel or litigants appearing remotely shall initiate and use the following Zoom link at least ten (10) minutes prior to the above scheduled "hybrid" hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473.

All participants appearing remotely via Zoom or otherwise must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After November 1, 2023 ("Judge Deller's Zoom Procedures"), which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Of Service: 06/21/2024

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

24-000048_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 20-20328 |
| **Brian C. Carey** | : | Chapter 13 |
| | : | Judge Jeffery A. Deller |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | Date and Time of Hearing |
| **Movant,** | : | Place of Hearing |
| **vs** | : | July 16, 2024 at 10:00 a.m. |
| | : | |
| **Brian C. Carey** | : | Courtroom D, 54th Floor, U.S. Steel Tower |
| **Ronda J. Winnecour** | : | 600 Grant Street, Pittsburgh, PA 15219 |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 06/21/2024

.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: ___06/21/2024_____

By: ___/s/Alyk L. Oflazian_____
Signature
Alyk L. Oflazian, Esquire
Typed Name

24-000048_EJS1

<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>312912</u>
List Bar I.D. and State of Admission

24-000048_EJS1

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Daniel R. White, Attorney for Debtor, Tremba, Kinney, Greiner & Kerr, LLC, 1310 Morrell Avenue, Suite C, Connellsville, PA  15425, dwhite@westpalawyers.com (notified by ecf)

Brian C. Carey, Debtor, 203 River Avenue, Masontown, PA  15461 (notified by regular US Mail)

24-000048_EJS1