```
FILED
8/12/24 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-20328** |
| **Brian C. Carey** | : | **Chapter 13** |
| | : | **Judge Jeffery A. Deller** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| | : | **August 13, 2024 at 11:00 a.m.** |
| vs | : | |
| | : | |
| **Brian C. Carey** | : | **Courtroom D, 54th Floor, U.S. Steel Tower** |
| **Ronda J. Winnecour** | : | **600 Grant Street, Pittsburgh, PA 15219** |
| | : | Doc. #80 |
| **Respondents.** | : | |
| | : | **Related Document #70** |

## ORDER OF COURT

AND NOW, this __12th__ day of __August__, 2024, upon consideration of the Second Motion to Continue the Hearing on Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay on First Mortgage for Real Property Located at 203 River Ave, Masontown, PA 15461 and for good cause shown, the August 13, 2024 Hearing is continued to __1st__ day of __October__, 2024. at 10:00 a.m. via Zoom with Judge Deller.

```
_____
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT
```

24-000048_SCS2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20328-JAD |
| Brian C. Carey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

**Recip ID         Recipient Name and Address**
db             +  Brian C. Carey, 203 River Avenue, Masontown, PA 15461-1637

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

**Name**                              **Email Address**

Adam Bradley Hall
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Alyk L Oflazian
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com

Alyk L Oflazian
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

Daniel R. White
    on behalf of Debtor Brian C. Carey r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com

Denise Carlon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 1

Mario J. Hanyon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael John Clark
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

TOTAL: 11