IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 20-20328-JAD |
| Brian C. Carey ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Brian C. Carey ) | |
| ) | |
| Respondent(s) ) | |

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on February 19, 2025 at 10:00 a.m. before Judge Jeffery Deller in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before February 10, 2025.

| | |
|---|---|
| 1/22/25 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |