Certificate Number: 03088-PAW-DE-039264461

Bankruptcy Case Number: 20-20328



03088-PAW-DE-039264461

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2025, at 9:18 o'clock AM CST, Brian C Carey completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 22, 2025           By:   /s/Katherine Minnich

                                   Name: Katherine Minnich

                                   Title: Counselor