File No.: 11415-002

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.   20-20328 JAD |
| | : | |
| Brian C. Carey, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Daniel R. White and Tremba, Kinney, Greiner & Kerr, LLC, | : | |
| | : | |
| Applicants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND TREMBA, KINNEY, GREINER & KERR, LLC   FOR FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor filed on January 23, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon.  Pursuant to the Notice of Hearing, objections were to be filed and served no later than February 10, 2025.

    It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor be entered by the Court.

Dated: February 11, 2025

                                          TREMBA, KINNEY, GREINER & KERR, LLC
                                          BY:

                                          /s/ Daniel R. White
                                          PA ID: 78718
                                          Tremba, Kinney, Greiner & Kerr, LLC
                                          1310 Morrell Avenue
                                          Connellsville, PA 15425
                                          724-628-7955
                                          dwhite@westpalawyers.com
                                          Attorney for Debtor