IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Brian C. Carey, | : | Case No. 20-20328 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Brian C. Carey, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtor, Brian C. Carey, by and through his Counsel, Calaiaro Valencik, P.C., and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 22, 2025, at docket number 90, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification

Dated: May 22, 2025

/s/Brian C. Carey
Brian C. Carey, Debtor

CALAIARO VALENCIK, P.C.

BY:   /s/ Daniel R. White
     Daniel R. White, Esquire
     PA I.D. No. 78718
     8 Nickman Plaza
     Lemont Furnace, PA 15456
     Office : 724-719-9388
     Email : dwhite@c-vlaw.com
     Attorney for Debtor